### 21456.   BARBEE *v.* THE STATE.

BROYLES, C. J.   The evidence adduced before the court on the motion to change the venue, under the act of the General Assembly approved August 21, 1911 (Ga. L. 1911, p. 74), authorized a finding that an impartial jury could be obtained in the county where the alleged crime was committed, and that there was no probability or danger of lynching or other violence to the accused.   It follows that the refusal of the court to change the venue was not error.

*Judgment affirmed.   Luke, J., concurs.   Bloodworth, J., absent on account of illness.*

DECIDED JULY 15, 1931.

*H. E. Coates, John J. Blount,* for plaintiff in error.
*M. H. Boyer, solicitor-general,* contra.

### 21463.   BURKE *v.* THE STATE.

BROYLES, C. J.   The bill of exceptions and the record show that the motion to set aside the order, judgment, and sentence of the court was overruled on the 4th day of March, 1931, and that the bill of exceptions complaining of that judgment was presented to the trial judge for certification on the 26th day of March, 1931.   The bill of exceptions not having been tendered within twenty days of the date of the judgment complained of, this court is without jurisdiction to entertain the case.

*Writ of error dismissed.   Luke, J., concurs.   Bloodworth, J., absent on account of illness.*

DECIDED JULY 15, 1931.

*L. P. Strickland, M. L. Tinley,* for plaintiff in error.
*P. B. Lewis, solicitor,* contra.